

**SO ORDERED.**

**SIGNED this 27 day of September, 2005.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
R. Thomas Stinnett
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | No.  1:05-bk-16083 |
| REECIE LOLLIS CARTER | Chapter 13 |
| | |
| SS#:   xxx-xx-9346 | CASE NUMBERS MUST APPEAR ON |
| | ALL CHECKS AND CORRESPONDENCE |
| Debtor | |

<u>ORDER TO EMPLOYER OR OTHER ENTITY TO PAY TO TRUSTEE</u>

The above named debtor has pending in this court a case for the adjustment of debts of an individual with regular income, and therefore has submitted future earnings or other income to the supervision of the trustee.  11 U.S.C. § 1322(a)(1).   Pursuant to 11 U.S.C. § 1325(c) the court may order any entity from whom the debtor receives income to pay any part of it to the trustee.  Accordingly,

It is ORDERED that:

> Employer Name   Community Options, Inc.
> Attn:                    Payroll Clerk
> Address              2115 Chapman Road, Suite 125
> City, State, ZIP   Chattanooga TN 37421

(1) Deduct from the debtor's earnings or other income **$ 735.00 SEM-MONTHLY** beginning with the next payment following receipt of the order and remit the sums withheld to C. KENNETH STILL, P. O. BOX 511, CHATTANOOGA, TN 37401 (423) 265-2261.

(2) Not suspend or terminate the debtor's employment or take any other punitive or disciplinary action on account of the issuance of this order.

(3) Notify the trustee of termination of the debtor's employment or other source of income and the

reason for termination.

    (4) Make no deductions from the debtor's earnings or other income for any garnishment, wage assignment or credit union, except as allowed by order of this court. You may withhold alimony or child support.

# # #

APPROVED FOR ENTRY:

*/s/ Robert J. Harriss*
Attorney for Debtor ROBERT J. HARRISS
Address    P. O. Drawer 220, 200 McFarland Bldg.
Address    Rossville, GA 30741
Telephone number  (706) 861-0203